beneficially interested in the appellant are dissatisfied with the price exacted by the state they may have the corporation dissolved and as individuals carry on the same business that is being done now without the cost of any such charge.

Concur: WILLARD BARTLETT and CHASE, JJ.

---

In the Matter of the Application of the NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant, for a Peremptory Writ of Mandamus against DANIEL MOYNAHAN, as Collector of Assessments and Arrears of the City of New York, Respondent.

*Matter of N. Y. City Interborough Ry. Co.* v. *Moynahan,* 148 App. Div. 908, affirmed.

(Argued June 6, 1912; decided June 21, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1912, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to credit the petitioner on the tax rolls with a certain payment against the special franchise tax levied upon it.

*Ralph Norton* and *James L. Quackenbush* for appellant.

*Archibald R. Watson,* Corporation Counsel (*Curtis A. Peters* and *Frank P. Reilly*), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.